# INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit A** | **Summary of the Parties' Proposed Constructions** |
| **Exhibit B** | **U.S. Patent No. 8,197,706** |
| **Exhibit C** | **Prosecution History of the '706 Patent** |
| **Exhibit D** | **Defendants' Petition for IPR2021-00199** |
| **Exhibit E** | **Declaration of Dr. Eckhard Groll for IPR2021-00199** |
| **Exhibit F** | **U.S. Patent No. 9,982,179** |
| **Exhibit G** | **Prosecution History of the '179 Patent** |
| **Exhibit H** | **Defendants' Petition for IPR2020-01660** |
| **Exhibit I** | **U.S. Patent No. 10,703,949** |
| **Exhibit J** | **Prosecution History of the '949 Patent** |
| **Exhibit K** | **Defendants' Petition for PGR2021-00008** |
| **Exhibit L** | **PTAB Order Dismissing IPR2021-00199** |
| **Exhibit M** | **PTAB Order Denying Institution of IPR2020-01660** |
| **Exhibit N** | **PTAB Order Dismissing PGR2021-00008** |
| **Exhibit O** | **PEDIAA Article "Difference Between Bubble Point and Dew Point"** |
| **Exhibit P** | **Declaration of Dr. Donald Bivens for IPR2020-01660** |