IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-142-FL

| | | |
|---|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, | ) ) ) ) ) | **ORDER EXCUSING LOCAL COUNSEL** |
| | ) | **FOR R421A, LLC AND RMS OF** |
| Plaintiffs, | ) | **GEORGIA, LLC'S IN-PERSON** |
| v. | ) | **APPEARANCE** |
| | ) | |
| R421A, LLC; RMS OF GEORGIA, LLC, d/b/a Choice Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came before this Honorable Court upon R421A, LLC ("R421A") and RMS of Georgia, LLC's ("RMS") Motion to Excuse the In-Person Attendance of their Local Counsel at the claim construction hearing set to commence at New Bern on August 31, 2021 at 10:00 AM. The Court having reviewed and considered this matter finds that the Motion to Excuse In-Person Attendance should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1.   R421A and RMS' Motion to Excuse In-Person Attendance by Local Counsel is hereby GRANTED; and

2.      Local Counsel T. Cullen Stafford, of the law firm Wyrick Robbins Yates & Ponton LLP, shall be permitted to attend the claim construction hearing by telephone.  The Court will provide dial-in instructions to Mr. Stafford to permit him to attend the hearing by telephone.

ENTERED this the 30th day of August, 2021.

_____
Hon. Louise W. Flanagan
United States District Court Judge