IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
5:20-CV-00142-FL

| | |
|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, </br></br>Plaintiffs, </br></br>v. </br></br>R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice® Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., </br></br>Defendants. | **ORDER** |

Upon consideration of the joint motion filed by Dynatemp International, Inc. FluoroFusion Specialty Chemicals, Inc., Harold B. Kivlan, IV, William Gresham, and David Couchot; RMS of Georgia, LLC, R421A LLC and Kenneth M. Ponder; and Lenz Sales & Distributing, Inc. for a court-hosted settlement conference, and for good cause shown, it is hereby

ORDERED that this case is referred to U.S. Magistrate Judge Robert T. Numbers, II for a court-hosted settlement conference.

This the 29th day of November, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge