IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Case Number: 5:20-CV-00142-FL

| | |
|---|---|
| DYNATEMP INTERNATIONAL, INC. and FLUROFUSION SPECIALTY CHEMICALS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| RMS OF GEORGIA, LLC d/b/a Choice® Refrigerants, KENNETH M. PONDER, and LENZ SALES & DISTRIBUTING, INC., | ) ) ) ) ) |
| Defendants. | ) ) |
| AND | ) ) |
| R421A, LLC, d/b/a Choice® Refrigerants, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| DYNATEMP INTERNATIONAL, INC., FLUOROFUSION SPECIALTY CHEMICALS, INC., HAROLD B. KIVLAN IV, WILLIAM GRENSHAM, and DAVID COUCHOT, | ) ) ) ) ) ) |
| Defendants | ) |

**ORDER EXCUSING DEFENDANT RMS's INSURANCE CLAIMS REPRESENTATIVE FROM IN PERSON ATTENDANCE AT MEDIATION CONFERENCE**

This matter having come before the Court on motion filed by Defendant RMS of Georgia, LLC d/b/a Choice® Refrigerants ("Defendant RMS") and Kenneth M. Ponder ("Defendant Ponder"), pursuant to Rule 101.1d(d)(2) of the Local Alternative Dispute Rules of Practice and Procedure, to excuse the claims representative from their liability insurance carrier (Scottsdale Insurance Company) from in-person attendance at

1

the March 29-30, 2022 mediation conference in this matter; and it appearing to the Court that counsel for the opposing parties (i.e., the Dynatemp/FF Parties) does not object to this request; it is hereby ORDERED that:

    1.    Defendants RMS and Ponder's Motion is granted; and

    2.    the claims representative for Defendants RMS/Ponder's liability insurance carrier (Scottsdale Insurance Company) is excused from the in-person attendance requirement and can instead be allowed to participate in the March 29-30, 2022 mediation conference remotely.

Dated: February 22, 2022

_____
Robert T. Numbers, II
United States Magistrate Judge