IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:20-CV-142-FL |
| v. | ) ) | |
| R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before this Court is Defendants' Motion to Permanently Seal Doc. 304, seeking to permanently seal Dynatemp International, Inc.'s and FluoroFusion Specialty Chemicals, Inc.'s Amended Affirmative Defenses and Counterclaims and Exhibits 7, 54, 55, 56, 57, 58, 59 and 81 thereto [Doc. 304]. The Court finds that Motion is hereby GRANTED.

SO ORDERED, this 3rd day of August, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

1