IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:20-CV-142-FL |
| v. | ) ) | |
| R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR CLARIFICATION/RECONSIDERATION OF AMENDED CLAIM CONSTRUCTION [DOC. 300]**

As more fully described in their accompanying Memorandum of Law in Support of their Motion for Clarification/Reconsideration of Amended Claim Construction, Defendants respectfully move the Court to reconsider its construction of the term "refrigerant gases".

Defendants seek as relief a modification of the Court's amended claim construction for the term "refrigerant gases" to be "refrigerant components that form part of the refrigerant composition".

1

Respectfully submitted, this 20th day of October, 2023.

/s/ Joseph W. Staley

Joseph W. Staley (Ga. Bar No. 142571)
(Admitted pro hac vice)
Scott P. Amy (Ga. Bar No. 141416)
(Admitted pro hac vice)
Andrea P. Nguyen (Ga. Bar No. 306931)
(Admitted pro hac vice)
Andrew J. Wilson (Ga. Bar No. 737599)
(Admitted pro hac vice)

PERILLA KNOX & HILDEBRANDT LLP
44 Milton Ave, Suite 144
Alpharetta, GA 30009
Telephone: (770) 927-7802
Facsimile: (877) 389-6779
j.staley@pkhip.com
s.amy@pkhip.com
a.nguyen@pkhip.com
a.wilson@pkhip.com

/s/ T. Cullen Stafford

T. Cullen Stafford (NC State Bar No. 48872)
WYRICK ROBBINS YATES & PONTON LLP
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone: 919.781.4000
Facsimile: 919.781.4865
cstafford@wyrick.com
cgeorge@wyrick.com

*Counsel for Defendants RMS of Georgia LLC, R421A LLC, and Kenneth M. Ponder*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Civil Rule 7.2(f)(3), the undersigned counsel certifies that the foregoing DEFENDANTS' MOTION FOR CLARIFICATION/RECONSIDERATION OF AMENDED CLAIM CONSTRUCTION [DOC. 300] complies with the word limit set forth in Local Civil Rule 7.2(f)(3)(A). The total word count of this Motion and Memorandum is <u>3140</u>.

Date: October 20, 2023.

<u>/s/ Joseph W. Staley</u>
Joseph W. Staley
Georgia Bar No. 142571

# CERTIFICATE OF SERVICE

I hereby certify that, on the 20th day of October, 2023, the foregoing was filed using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *Joseph W. Staley*

Joseph W. Staley
*Attorney for Defendants RMS of Georgia LLC, R421A LLC, and Kenneth M. Ponder*