IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00142-FL

| | |
|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT,<br><br>    Plaintiffs,<br><br>v.<br><br>R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice® Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC.,<br><br>    Defendants. | **ORDER** |

Before this Court is Plaintiffs' Motion to Seal their Motion to Compel [Doc. 331], Memorandum in Support of Motion to Compel [Doc. 333], and accompanying Exhibits 3–11 [Docs. 332]. The Court finds that Motion is hereby GRANTED, and ORDERS that the documents remain sealed until a determination on the Motion to Compel is made. Upon the Court's ruling on the Motion to Compel, a Party to this case may move the Court to permanently seal the documents within thirty (30) days of the ruling, and if no such motion to permanently seal is made, the documents will become unsealed.

SO ORDERED, this 23rd day of February, 2024.

_____
Louise Wood Flanagan
United States District Judge