IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:20-CV-142-FL |
| v. | ) ) ) | ORDER |
| R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

Before this Court is Defendants' Motion to Seal their Memorandum in Opposition to Plaintiffs' Motion to Compel [Doc. 341]. The Court finds that Motion is hereby GRANTED, and ORDERS that the documents remain sealed until a determination on Plaintiffs' Motion to Compel [Doc. 331] is made. Upon the Court's ruling on the Motion to Compel, a Party to this case may move the Court to permanently seal the document within thirty (30) days of the ruling, and if no such motion to permanently seal is made, the document will become unsealed.

SO ORDERED, this 23rd day of February, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge