IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-00142-FL

| | |
|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, <br><br> Plaintiffs, <br><br> v. <br><br> R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice® Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., <br><br> Defendants. | **ORDER** |

Before this Court is Plaintiffs' Motion to Seal Exhibits A and E [DE 347, 347-1] to Defendants' Memorandum of Law in Support of Defendants' Motion to Compel Production of Documents and Information Relating to Plaintiffs' Destruction of Dynatemp 421A and Exhibits C, D, and E [DE 351, 351-1, and 351-2] to Defendants Memorandum of Law in Support of Defendants' Motion to Compel Production of Documents and Information Subject to Plaintiffs' Advice-Of-Counsel Waiver (collectively, "Proposed Sealed Documents")

The Court finds that Motion is hereby GRANTED, and ORDERS that the documents remain under permanent seal.

SO ORDERED, this 23rd day of February, 2024.

_____
Louise Wood Flanagan
United States District Judge