IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:20-CV-142-FL |
| v. | ) ) | |
| R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before this Court is Defendants' Motion to Permanently Seal Doc. 365 & Doc. 366, seeking to permanently seal Dynatemp International, Inc., FluoroFusion Specialty Chemicals, Inc., Harold B. Kivlan IV, William Gresham, and David Couchot's unredacted copies of Plaintiffs' Memorandum in Support of the Motion to Bifurcate [Docs. 365-1 and 366] and Exhibits 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 24, and 27 thereto [Docs. 365-2 through 365-9, Docs. 365-11 through 365-14, and 365-17]. The Court finds that Motion is hereby GRANTED.

SO ORDERED, this 23rd day of February, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge