IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, <br><br> Plaintiffs, <br><br> v. <br><br> R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., <br><br> Defendants. | No. 5:20-CV-142-FL |

## **ORDER**

Before this Court is Defendants' Motion to Permanently Seal Doc. 378, seeking to permanently seal Defendants' Combined Memorandum in Opposition to Plaintiffs' Motion to Bifurcate and Plaintiffs' Motion to Stay [Doc. 378] and Exhibit A thereto [Doc. 378-1]. The Court finds that Motion is hereby GRANTED.

SO ORDERED, this 23rd day of February, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge