**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:20-CV-142-FL |
| v. | ) ) | |
| R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before this Court is Defendants' Motion to Permanently Seal Docs. 381-1, 381-2, and 381-3, seeking to permanently seal Dynatemp International, Inc., FluoroFusion Specialty Chemicals, Inc., Harold B. Kivlan IV, William Gresham, and David Couchot's unredacted Reply in Support of their Motion to Bifurcate and Motion to Stay [Doc. 381-1] and Exhibits 1 and 2 thereto [Docs. 381-2 and 381-3]. The Court finds that Motion is hereby GRANTED.

SO ORDERED, this 23rd day of February, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge

1