IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DYNATEMP INTERNATIONAL, INC.; FLUOROFUSION SPECIALTY CHEMICALS, INC.; HAROLD B. KIVLAN, IV; WILLIAM GRESHAM; and DAVID COUCHOT, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 5:20-CV-142-FL |
| v. | ) ) ) | |
| R421A LLC; RMS OF GEORGIA, LLC d/b/a Choice Refrigerants; KENNETH M. PONDER; and LENZ SALES & DISTRIBUTING, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before this Court is Defendants' Motion to Permanently Seal Doc. 400 & Doc. 401, seeking to permanently seal Dynatemp International, Inc., FluoroFusion Specialty Chemicals, Inc., Harold B. Kivlan IV, William Gresham, and David Couchot's Memorandum in Support of Motion to Compel [Doc. 401] and Exhibits 2-9, 16-25, 28, 31, 34-36, 38-39, 43, 45-54 thereto [Docs. 400-1 through 400-8, Docs. 400-15 through 400-24, Doc. 400-27, Doc. 400-30, Docs. 400-33 through 400-35, Doc. 400-37 through 400-38, Doc. 400-42, and Docs. 400-44 through 400-53]. The Court finds that Motion is hereby GRANTED.

SO ORDERED, this 27th day of March, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge

1